# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DARYL COOK, AND THOSE SIMILARLY SITUATED INMATES, | : | No. 38 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| EXECUTIVE DEPUTY SECRETARY OF PA DEPT. OF CORRECTIONS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of August, 2019, the Application for Leave to File Notice of Appeal and Jurisdictional Statement *Nunc Pro Tunc* is DENIED.